IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BIRKENSTOCK US BIDCO, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>AOHUANGBAIHUO, et al.,<br><br>  Defendants. | Case No. 25-cv-02823<br><br>**Judge Rebecca R. Pallmeyer**<br><br>**Magistrate Judge Beth W. Jantz** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on April 28, 2025 [40], in favor of Plaintiff Birkenstock US BidCo, Inc. ("Plaintiff" or "Birkenstock") and against the Defendants Identified in Schedule A in the amount of five hundred thousand dollars ($500,000) per Defaulting Defendant for willful use of counterfeit BIRKENSTOCK Trademarks, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| DGSUAIO | 5 |
| LMPTOEI | 7 |
| TUSANEII | 10 |
| Yunor | 12 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 8th day of May 2025.    Respectfully submitted,

/s/ Jennifer V. Nacht
Amy C. Ziegler
Justin R. Gaudio
Jennifer V. Nacht
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jnacht@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff Birkenstock US Bidco, Inc.*